THEODORE J. KURTZ
Nevada Bar No. 1344
SELMAN BREITMAN LLP
3980 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone: (702) 228-7717
Facsimile: (702) 228-8824
E-Mail:    tkurtz@selmanbreitman.com

Attorneys for Plaintiff
COLONY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>   v.<br><br>DANIEL WARTENBERG; and ALLA WARTENBERG,<br><br>      Defendants.<br><hr>DANIEL WARTENBERG; and ALLA WARTENBERG,<br><br>      Counterclaimants,<br><br>   v.<br><br>COLONY INSURANCE COMPANY,<br><br>      Counterdefendant. | CASE NO.  2:11-cv-02041-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF COMPLAINT AND COUNTERCLAIM** |

IT IS HEREBY STIPULATED AND AGREED by and between Kevin R. Stolworthy, Esq. of Armstrong Teasdale, counsel for the defendants/counterclaimants and Theodore J. Kurtz, Esq. of Selman Breitman LLP, counsel for the plaintiff/counterdefendant, that the complaint and the counterclaim both be dismissed with

1

84512.1 728.31749

prejudice with each party to pay their own attorneys' fees and costs.

No trial date has been scheduled in this matter.

DATED: September 5, 2012    SELMAN BREITMAN LLP


By:    /s/ *Theodore J. Kurtz*
THEODORE J. KURTZ
Nevada Bar No. 1344
3980 Howard Hughes Parkway, #400
Las Vegas, NV 89169
Telephone:    (702) 228-7717
Facsimile:    (702) 228-8824
Attorneys for Plaintiff/Counter-defendant COLONY INSURANCE COMPANY

DATED: September 5, 2012    ARMSTRONG TEASDALE


By:    /s/ *Kevin R. Stolworthy*
KEVIN R. STOLWORTHY
Nevada Bar No. 2798
3770 Howard Hughes Pkwy., #200
Las Vegas, NV 89169
Telephone:    (702) 678-5070
Facsimile:    (702) 878-9995
Attorneys for Defendants/Counter-claimants DANIEL and ALLA WARTENBERG

**ORDER**

IT IS SO ORDERED.


_____
U.S. DISTRICT COURT JUDGE

DATED: _____